IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

PAULA RUTLAND,　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　Plaintiff,　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　v.　　　　　　　　　　　　　）　　　　　CV 125-255
　　　　　　　　　　　　　　　　　　）
ASI HOME INSURANCE CORP.,　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　Defendant.　　　　　　　　）
　　　　　　　　　　　　　　_____

**O R D E R**

_____

Before the Court is the parties' joint motion seeking a stay of discovery and all corresponding case deadlines so that they can engage in settlement negotiations. (Doc. no. 29.) Upon consideration, the Court **GRANTS** the parties' request and **STAYS** remaining case deadlines for settlement negotiations through and including August 24, 2026. The parties shall advise the Court as to the status of the case by no later than August 24, 2026, and if the case is not resolved, the parties shall submit a joint proposed Amended Scheduling Order by that same date.

SO ORDERED this 26th day of June, 2026, at Augusta, Georgia.

_____

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA