**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| PAULA RUTLAND, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 125-255 |
| | * | |
| ASI HOME INSURANCE CORP., | * | |
| | * | |
| Defendant. | * | |
| | * | |

**O R D E R**

Before the Court is the Parties' joint notice of settlement. (Doc. 33.) The Parties represent that "they have agreed to settle this case pending execution of a mutually-acceptable settlement agreement and will file a dismissal of all claims within the next sixty (60) days once they have completed settlement." (Id. at 1.) They request the Court stay all deadlines pending completion of their settlement. (Id.)

Upon due consideration, the above-captioned case is hereby **STAYED**. The Parties shall finalize the settlement agreement and file a joint stipulation of dismissal within **SIXTY (60) DAYS** of the date of this Order. In the event settlement is not finalized by that date, the Parties shall file a joint status report with the Court updating it on their progress. The status reports shall continue every **THIRTY (30) DAYS** thereafter until this case is dismissed.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of October, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA